IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD THOMAS,**<br><br>Plaintiff,<br><br>v.<br><br>**GERALD ELLIS, et al..,**<br><br>Defendants. | Case No. C 12-5563<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT |

Defendants Miller and Ellis have requested a 60-day extension of time to file their motion for summary judgment. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for a 60-day extension of time to file their motion for summary judgment, is GRANTED. Plaintiff's opposition shall be filed and served no later than six weeks after the date Defendants' motion is filed. Defendants shall file a reply no later than two weeks after Plaintiff's opposition is filed.

Dated: _____3/26/2014_____                         *Claudia Wilken*
                                                   The Honorable Claudia Wilken

1

[Proposed] Order Granting Defs.' Mot. Change Time File Mot. Summ. J. (C 12-5563)