IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD THOMAS,**<br><br>                          Plaintiff,<br><br>v.<br><br>**GERALD ELLIS, et al..,**<br><br>                          Defendants. | Case No. C 12-5563 CW<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE DEFENDANT WY'S MOTION FOR SUMMARY JUDGMENT AND SUMMARIES OF PLAINTIFF'S MEDICAL RECORDS |

Defendants have requested a 49-day extension of time to file Defendant Wy's motion for summary judgment, and a 28-day extension of time to file summaries of Plaintiff's medical records. The Court has read and considered Defendants' request and good cause appearing,

IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED.  Defendant Wy's motion for summary judgment is due on October 23, 2014. Plaintiff's opposition shall be filed and served no later than four weeks after the date Defendants' motion is filed.  Defendants shall file a reply no later than two weeks after Plaintiff's opposition is filed.  Defendants' summaries of Plaintiff's medical records are due on October 23, 2014.  If Plaintiff believes Defendants have omitted any relevant records, he shall so inform Defendants

//

//

1

[Proposed] Order Granting Defs.' Mot. Ext. of Time File Mot. Summ. J. & Summaries of Pl.'s Medical Records
(C 12-5563 CW)

1  within two weeks after his receipt of the summaries. Defendants shall respond two weeks
2  thereafter.
3
4
5  Dated:    September 10, 2014                    /s/ Claudia Wilken
                                                   The Honorable Claudia Wilken

2

[Proposed] Order Granting Defs.' Mot. Ext. of Time File Mot. Summ. J. & Summaries of Pl.'s Medical Records
(C 12-5563 CW)